# CHIACCHIA & FLEMING, LLP
## ATTORNEYS AT LAW

5113 South Park Avenue
Hamburg, New York 14075
Telephone: 716-648-3030
Fax: 716-648-0810

ANDREW P. FLEMING
PARTNER

e-mail: andy@cf-legal.com

February 19, 2008

**<u>Sent Via U.S. Mail & Fax To (914) 390-4085</u>**

Hon. Charles L. Brieant
District Court Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601

RE: Carroll v. City of Mount Vernon, et al.
07 Cv. 11577 (CLB)

Dear Judge Brieant:

This will confirm that which was discussed between your legal assistant (Alice Cama) and I this afternoon. The return date on the defendants' motion to dismiss has been adjourned to March 28th at 10:30 a.m. The March 7th conference, in light of the motion, has been adjourned until a date and time to be set by the Court at a later date.

Thank you for your consideration.

Very truly yours,

CHIACCHIA & FLEMING, LLP

Andrew P. Fleming

APF/km
cc: Howard M. Miller, Esq. (Via Fax Only to 516-267-6301)
    Client (Via U.S. Mail Only)
    File: S:\MyFiles\CLIENTS\Carroll.Joseph\MountVernon.101\fax ltr brieant 021908 conf date.wpd