# CHIACCHIA & FLEMING, LLP

ATTORNEYS AT LAW

5113 South Park Avenue
Hamburg, New York 14075
Telephone: 716-648-3030
Fax: 716-648-0810

ANDREW P. FLEMING
PARTNER

e-mail: andy@cf-legal.com

February 19, 2008

**Sent Via U.S. Mail & Fax To (914) 390-4085**

Hon. Charles L. Brieant
District Court Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601

*[Handwritten note: Docket # must be included on all future correspondence — 07 Civ. 11577 (CLB)]*

*[Handwritten: So Ordered 2/26/08 Charles L. Brieant USDJ]*

RE:   Carroll v. City of Mount Vernon, et al.

Dear Judge Brieant:

This will confirm that which was discussed between your legal assistant (Alice Cama) and I this afternoon. The return date on the defendants' motion to dismiss has been adjourned to March 28th at 10:30 a.m. The March 7th conference, in light of the motion, has been adjourned until a date and time to be set by the Court at a later date.

Thank you for your consideration.

Very truly yours,

CHIACCHIA & FLEMING, LLP

Andrew P. Fleming

APF/km
cc:   Howard M. Miller, Esq. (Via Fax Only to 516-267-6301)
      Client (Via U.S. Mail Only)

File: s:\MyFlles\CLIENTS\Carroll.Joseph\MountVernon.101\fax ltr brieant 021908 conf date.wpd