# CHIACCHIA & FLEMING, LLP
## ATTORNEYS AT LAW

5113 South Park Avenue
Hamburg, New York 14075
Telephone: 716-648-3030
Fax: 716-648-0810

ANDREW P. FLEMING
PARTNER

e-mail: andy@cf-legal.com

March 17, 2008

<u>*Via Fax Only to: (914) 390-4085*</u>
Hon. Charles L. Brieant
District Court Judge
United States Courthouse 300 Quarropas Street
White Plains, New York 10601

      RE: Carroll v. City of Mount Vernon, et al.
        **Docket No. 07-cv-11577**

Dear Judge Brieant:

  We represent the Plaintiff, Joseph Carroll, in the above-entitled action. This will confirm that which I discussed with your assistant this morning. Argument of the defendants' motion to dismiss has been adjourned to May 2, 2008 at 10:00 a.m. Our responding papers will be served on or before April 18th.

  Our thanks to you and your staff for assisting us with this scheduling issue.

              Very respectfully yours,

              *CHIACCHIA & FLEMING, LLP*

              Andrew P. Fleming

cc: Howard M. Miller, Esq. (516) 267-6301
File: s:\MyFiles\CLIENTS\Carroll.Joseph\MountVernon.101\ltr Judge Brieant 031708.wpd