UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH J. CARROLL,

                          Plaintiff,

-against-

CITY OF MOUNT VERNON,

ERNEST D. DAVIS, Individually and as Mayor of the City of Mount Vernon,

CITY OF MOUNT VERNON DEPARTMENT OF FIRE,

and

NICHOLAS CICCHETTI, Individually and as Commissioner of Fire for the City of Mount Vernon

                          Defendants.

Civil Action No. 07-11577 (CS)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the Appearance of Jessica C. Satriano, an associate of BOND, SCHOENECK & KING, PLLC, as additional counsel for Defendants, the City of Mount Vernon, City of Mount Vernon Department of Fire, Ernest D. Davis and Nicholas Cicchetti.

I certify that the undersigned, Jessica C. Satriano, is admitted to practice in this Court.

Dated: August 15, 2008

BOND, SCHOENECK & KING, PLLC

By: _____s/_____
Jessica C. Satriano (JS-0981)
*Attorneys for the Defendants*
*City of Mount Vernon, City of Mount Vernon Department of Fire, Ernest D. Davis and Nicholas Cicchetti*
1399 Franklin Avenue, Suite 200
Garden City, New York 11590
jsatriano@bsk.com
(516) 267-6332

To:   Law Offices of Chiacchia & Fleming, LLP
*Attorneys for Plaintiff Joseph J. Carroll*
Andrew Fleming
5113 South Park Avenue
Hamburg, NY 14075
(716) 648-3030