UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
JOSEPH J. CARROLL,

               Plaintiff,

  -against-                                    Index No.: 07-cv-11577

CITY OF MOUNT VERNON,

                                                   **NOTICE OF MOTION**

ERNEST D. DAVIS, Individually and as Mayor
of the City of Mount Vernon

CITY OF MOUNT VERNON DEPARTMENT
OF FIRE,

and

NICHOLAS CICCHETTI, Individually and as
Commissioner of Fire for the City of Mount Vernon

               Defendants.
----------------------------------------x

     **PLEASE TAKE NOTICE**, that upon the accompanying Affidavit of Howard M. Miller dated August 15, 2008 and the Memorandum of Law dated August 15, 2008, Defendants City of Mount Vernon, Ernest D. Davis, City of Mount Vernon Department of Fire, and Nicholas Cicchetti, will move this Court, before the Honorable Judge Cathy Seibel, at the United States Courthouse located at 300 Quarropas Street White Plains, New York 10601 at such time as to be determined by this Court for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint in its entirety.

     **PLEASE TAKE FURTHER NOTICE**, that pursuant to Civil Rule 6.1 of the Local Rules of the Southern and Eastern Districts of New York, papers in opposition to this motion must be served on Defendants' counsel within ten (10) business days after service of this Notice of Motion.

Dated:   Garden City, New York
         August 15, 2008

                                  Respectfully submitted,

                                  BOND, SCHOENECK & KING, PLLC

                        By:   _____
                                Jessica C. Satriano (JS0981)
                                *Attorneys for Defendants*
                                1399 Franklin Avenue, Suite 200
                                Garden City, New York 11530
                                (516) 267-6300
                                jsatriano@bsk.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Andrew P. Fleming, Esq.
CHIACCHIA & FLEMING, LLP
5113 South Park Avenue
Hamburg, New York 14075

*[signature]*
Jessica C. Satriano (JS0981)
*Attorneys for Defendants*
1399 Franklin Avenue, Suite 200
Garden City, New York 11530
(516) 267-6300
jsatriano@bsk.com