UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JOSEPH J. CARROLL,

                  Plaintiff,

  -against-                            07-cv-11577

CITY OF MOUNT VERNON,              **AFFIDAVIT OF**
                                            **HOWARD M. MILLER**

ERNEST D. DAVIS, Individually and as Mayor
of the City of Mount Vernon

CITY OF MOUNT VERNON DEPARTMENT
OF FIRE,

and

NICHOLAS CICCHETTI, Individually and as
Commissioner of Fire for the City of Mount Vernon

                  Defendants.
------------------------------------x

STATE OF NEW YORK  )
                           ) ss:
COUNTY OF NASSAU  )

      HOWARD M. MILLER, being duly sworn deposes and says:

      1.    I am a member of Bond, Schoeneck & King, PLLC, counsel for Defendants, and submit this reply affidavit in support of Defendants' motion to dismiss the first amended complaint.

      2.    Annexed hereto as "Exhibit A" is a copy of the Report of Personnel Change and accompanying EEO/Affirmative Action Data regarding the promotion of Michael Brown to Fire Lieutenant on March 16, 2007.

      3.    Annexed hereto as "Exhibit B" is a copy of the Report of Personnel Change and accompanying EEO/Affirmative Action Data regarding the promotion of Joseph Dalo to Fire Lieutenant on December 14, 2007.

4.  Annexed hereto as "Exhibit C" is a copy of the Report of Personnel Change and accompanying EEO/Affirmative Action Data regarding the promotion of Justin Chase to Fire Lieutenant on December 14, 2007.

5.  The documents annexed as "Exhibit A," "Exhibit B," and "Exhibit C" are properly before this Court because they are public Civil Service records and the Court may take judicial notice of public records without converting a motion to dismiss into one for summary udgment. *See Kramer v. Time Warner, Inc.*, 937 F.2d 767, 773 (2d Cir. 1991); *Kempkes v. Downey*, 2008 WL 852765, *3 (S.D.N.Y. 2008); *Evans v. New York Botanical Garden*, 2002 WL 31002814 (S.D.N.Y. 2002).

_____
Howard M. Miller

Sworn to before me this
15th day of August 2008.

_____
Notary Public

Jessica C. Satriano
Notary Public, State of New York
No. 02SA6176548
Qualified in Nassau County
Commission Expires October 29, 20 11

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Andrew P. Fleming, Esq.
CHIACCHIA & FLEMING, LLP
5113 South Park Avenue
Hamburg, New York 14075

_____
Howard M. Miller (HM4538)
*Attorneys for Defendants*
1399 Franklin Avenue, Suite 200
Garden City, New York 11530
(516) 267-6300
hmiller@bsk.com

Exhibit A

Report all personnel changes on this form. Send one copy prior to payroll affected by this change.

## REPORT OF PERSONNEL CHANGE

DATE: 03 / 16 / 2007

TO: Municipal Civil Service Commission
MOUNT VERNON, NEW YORK

FROM: **FIRE** DEPARTMENT

NAME AND TITLE OF LAST EMPLOYEE IN POSITION: **LT. BART KRAISKY**

NAME OF EMPLOYEE: **MICHAEL J. BROWN**
ADDRESS: **233 RICH AVE, MOUNT VERNON, NY 1055[?]**
TITLE OF POSITION: **LIEUTENANT**
SALARY: **$79,165.00**

MALE: XX   Veteran: ☐   Disabled Veteran: ☐
FEMALE: ☐   Non-Veteran: ☐   Exempt Volunteer Fireman: ☐

Social Security Number: 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

**Check nature of Personnel Change**

APPOINTMENTS:
- [X] Permanent — DATE EFFECTIVE: 03/16/2007
- [ ] Provisional
- [ ] Temporary — From / To
- [ ] Temporary Emergency — From / To

TERMINATIONS:
- [ ] Resignation — Letter Attached
- [ ] Retirement
- [ ] Deceased
- [ ] Removal
- [X] Terminated — As Firefighter 3/16/07

OTHER CHANGES:
- [ ] Leave of absence — From / To
- [ ] Transfer
- [ ] Demotion
- [ ] Suspension
- [ ] Reinstatement
- [ ] Absent Without Pay
- [X] Change in salary — 3-16-2007
- [ ] Change in name
- [ ] Other

REMARKS: (Any further information should be continued under remarks.)
GRADE:   STEP:
cc: Comptroller's Office
    Mayor's Office
    City Clerk
    Affirmative Action
    File copy

Promotion to Fire Lieutenant

APPOINTING OFFICER: [signature]
TITLE: **FIRE COMR. NICHOLAS CICCHETTI**

## EEO/AFFIRMATIVE ACTION DATA

PLEASE CHECK APPLICABLE CATEGORIES:

✓ MALE ___ FEMALE

___ Black ✓ White ___ Hispanic ___ Asian ___ Amer. Indian

### EEO-4 CATEGORY

___ 1. Officials/Administrators
___ 2. Professionals
___ 3. Technicians
✓ 4. Protective Services
___ 5. Para-Professionals
___ 6. Office/Clerical
___ 7. Skilled Craft
___ 8. Service/Maintenance

### CIVIL SERVICE STATUS

___ 1. <u>Exempt</u> - positions for which competitive or noncompetitive examinations are not practicable.

✓ 2. <u>Competitive</u> - All positions for which it is practicable to determine the merit and fitness of the applicant by examination.

___ 3. <u>Non-competitive</u> - All positions that are not in the exempt class or the labor class and for which it is found by the Civil Service Commission of Mount Vernon not to be practicable to ascertain the merit and fitness of applicants by examination.

___ 4. <u>Laborer</u> - Unskilled workers.

___ 5. <u>Unclassified</u>

Exhibit B

# REPORT OF PERSONNEL CHANGE

Report all personnel changes on this form. Send one copy prior to payroll affected by this change.

DATE: 12 / 14 / 2007

To: Municipal Civil Service Commission
MOUNT VERNON, NEW YORK

FROM: Fire Department (DEPARTMENT)

NAME AND TITLE OF LAST EMPLOYEE IN POSITION: LT. Joseph Pascarelli

NAME OF EMPLOYEE: Joseph Dalo
ADDRESS: 303 Kensington Ct. Brewster, NY 1050
TITLE OF POSITION: Fire Lieutenant
SALARY: $79,165.00

MALE ☒  FEMALE ☐
Veteran ☐  Non-Veteran ☐
Disabled Veteran ☐  Exempt Volunteer Fireman ☐

Social Security Number: 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

## Check nature of Personnel Change

**APPOINTMENTS**
- [XY] Permanent
- [ ] Provisional
- [ ] Temporary — From / To
- [ ] Temporary Emergency — From / To

**TERMINATIONS**
- [ ] Resignation — Letter Attached
- [ ] Retirement
- [ ] Deceased
- [ ] Removal
- [ ] Terminated

**OTHER CHANGES**
- [ ] Leave of absence — From / To
- [ ] Transfer
- [ ] Demotion
- [ ] Suspension
- [ ] Reinstatement
- [ ] Absent Without Pay
- [XY] Change in salary — December 14, 2007
- [ ] Change in name
- [ ] Other

REMARKS: (Any further information should be continued under remarks.)
GRADE:        STEP:
cc: Comptroller's Office
    Mayor's Office
    City Clerk
    Affirmative Action
    File copy

Promotion to Fire Lieutenant

APPOINTING OFFICER: [signature]
TITLE: Deputy Fire Commissioner

## EEO/AFFIRMATIVE ACTION DATA

PLEASE CHECK APPLICABLE CATEGORIES:

__X__ MALE   _____ FEMALE

_____ Black   __X__ White   _____ Hispanic   _____ Asian   _____ Amer. Indian

### EEO-4 CATEGORY

_____ 1. Officials/Administrators

_____ 2. Professionals

_____ 3. Technicians

__X__ 4. Protective Services

_____ 5. Para-Professionals

_____ 6. Office/Clerical

_____ 7. Skilled Craft

_____ 8. Service/Maintenance

### CIVIL SERVICE STATUS

_____ 1. **Exempt** – positions for which competitive or noncompetitive examinations are not practicable.

__X__ 2. **Competitive** – All positions for which it is practicable to determine the merit and fitness of the applicant by examination.

_____ 3. **Non-competitive** – All positions that are not in the exempt class or the labor class and for which it is found by the Civil Service Commission of Mount Vernon not to be practicable to ascertain the merit and fitness of applicants by examination.

_____ 4. **Laborer** – Unskilled workers.

_____ 5. **Unclassified**

Exhibit C

# REPORT OF PERSONNEL CHANGE

Report all personnel changes on this form. Send one copy prior to payroll affected by this change.

DATE: 12 Month / 14 Day / 2007 Year

To: Municipal Civil Service Commission
MOUNT VERNON, NEW YORK

FROM: Fire Department (DEPARTMENT)

NAME AND TITLE OF LAST EMPLOYEE IN POSITION: LT. John Newman

NAME OF EMPLOYEE: Justin R. Chase
ADDRESS: 5 Whitehall Rd #2 Eastchester, NY 1070
TITLE OF POSITION: Fire Lieutenant
SALARY: $79,165.00
MALE ☒  FEMALE ☐
Veteran ☐  Non-Veteran ☐
Disabled Veteran ☐  Exempt Volunteer Fireman ☐
Social Security Number: 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

## Check nature of Personnel Change

**APPOINTMENTS**
- [XX] Permanent — Promoted eff 12-14-07
- [ ] Provisional
- [ ] Temporary
- [ ] Temporary Emergency

**TERMINATIONS**
- [ ] Resignation – Letter Attached
- [ ] Retirement
- [ ] Deceased
- [ ] Removal
- [X] Terminated — as 9F 12-13-07
- [ ] Leave of absence

**OTHER CHANGES**
- [ ] Transfer
- [ ] Demotion
- [ ] Suspension
- [ ] Reinstatement
- [ ] Absent Without Pay
- [XY] Change in salary — December 14, 2007
- [ ] Change in name
- [ ] Other

REMARKS: (Any further information should be continued under remarks.)
GRADE:        STEP:
cc: Comptroller's Office
    Mayor's Office
    City Clerk
    Affirmative Action
    File copy

Promotion to Fire Lieutenant

Pg 122

APPOINTING OFFICER: [signature]
TITLE: Deputy Fire Commissioner

<u>EEO/AFFIRMATIVE ACTION DATA</u>

PLEASE CHECK APPLICABLE CATEGORIES:

    X MALE    ___ FEMALE

___ Black   X White   ___ Hispanic   ___ Asian   ___ Amer. Indian

<u>EEO-4 CATEGORY</u>

   ___ 1. Officials/Administrators
   ___ 2. Professionals
   ___ 3. Technicians
   _X_ 4. Protective Services
   ___ 5. Para-Professionals
   ___ 6. Office/Clerical
   ___ 7. Skilled Craft
   ___ 8. Service/Maintenance

<u>CIVIL SERVICE STATUS</u>

___ 1. <u>Exempt</u> - positions for which competitive or noncompetitive examinations are not practicable.

_X_ 2. <u>Competitive</u> - All positions for which it is practicable to determine the merit and fitness of the applicant by examination.

___ 3. <u>Non-competitive</u> - All positions that are not in the exempt class or the labor class and for which it is found by the Civil Service Commission of Mount Vernon not to be practicable to ascertain the merit and fitness of applicants by examination.

___ 4. <u>Laborer</u> - Unskilled workers.

___ 5. <u>Unclassified</u>