**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS

JESSICA C. SATRIANO
Direct: (516) 267-6332
Jsatriano@bsk.com

August 22, 2008

**VIA FAX AND FIRST CLASS MAIL**

Andrew P. Fleming, Esq.
Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York 14075

Re:   *Carroll v. City of Mount Vernon, et al.*, 07-CV-11577

Dear Mr. Fleming:

Please be advised that I received a telephone call from Judge Cathy Seibel's chambers this afternoon regarding the above referenced matter to inform me that the return date for Defendants' pending motion to dismiss is September 26, 2008 at 10:00 a.m.

Feel free to call me with any questions.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

*Jessica C. Satriano*

Jessica C. Satriano

cc:   Hon. Cathy Seibel (via fax: 914-390-4085)

---

1399 Franklin Avenue, Suite 200, Garden City, NY 11530-1679 ▪ Phone: 516-267-6300 ▪ Fax: 516-267-6301 ▪ www.bsk.com

61400.1 8/22/2008